UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-07232-SSS-AFMx | Date | September 21, 2022 |
| Title | Robert Rozier, et al. v. Department of Homeland Security Federal Protective Service | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER [DKT. 43] AND/OR SERVE REMAINING DEFENDANT**

On July 14, 2022, the Court issued a Scheduling Notice and Order ("Order") [Dkt. 43], confirming receipt of the Parties' email communication regarding the status of the remaining Defendant United States of America Department of Homeland Security Federal Protective Service ("Defendant"). Pursuant to the Court's Order, an Order to Show Cause hearing regarding failure to serve the Defendant was scheduled for September 23, 2022, at 1:00 p.m., via video conference. The Court further directed Plaintiff to file, no later than September 16, 2022, a Status Report, if a Proof of Service of Summons and Complaint had not yet been filed. As of today's date, Plaintiff has yet to file a Proof of Service of Summons and Complaint or a Status Report.

Accordingly, the Court **ORDERS** counsel for Plaintiff Shahin Shawn Karimian to show cause why he should not be sanctioned in the amount of $500 for his failure to comply with the Court's Order [Dkt. 43] and/or serve Defendant United States of America Department of Homeland Security Federal Protective Service.

      Counsel is required to respond in writing on or before **September 27, 2022**, by 12:00 noon. Counsel's failure to respond or file a satisfactory response may result in the imposition of sanctions against counsel. In addition, the Court hereby **SETS** an Order to Show Cause hearing regarding sanctions for failure to comply with this Court's Order [Dkt. 43] and/or serve the remaining Defendant on **Friday, September 30, 2022, at 1:00 p.m., via video conference.**

      Furthermore, the Order to Show Cause hearing set for Friday, September 23, 2022, is hereby **VACATED**.

      **IT IS SO ORDERED.**