UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-07232-SSS-AFMx | Date | September 28, 2022 |
| Title | Robert Rozier, et al. v. Department of Homeland Security Federal Protective Service | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY DEFENDANT UNITED STATES OF AMERICA DEPARTMENT OF HOMELAND SECURITY FEDERAL PROTECTIVE SERVICE SHOULD NOT BE DISMISSED FROM THIS ACTION**

On July 14, 2022, the Court issued a Scheduling Notice and Order ("Order") [Dkt. 43], confirming receipt of the parties' email communication regarding status of the remaining Defendant United States of America Department of Homeland Security Federal Protective Service. Pursuant to the Court's Order, an Order to Show Cause hearing regarding failure to serve the Defendant was scheduled for September 23, 2022, at 1:00 p.m., via video conference. [*Id.*]. The Court further directed Plaintiff to file, no later than September 16, 2022, a Status Report, if a Proof of Service of Summons and Complaint had not yet been filed. [*Id.*].

On September 21, 2022, the Court ordered counsel Shahin Shawn Karimian ("Counsel") to show cause why sanctions should not be issued for counsel's failure to comply with the Court's Order [Dkt. 43] and/or serve Defendant United States of America Department of Homeland Security Federal Protective Service. [Dkt. 45]. Counsel was directed to respond in writing on or before Wednesday, September 27, 2022, by 12:00 noon. [*Id.*]. Counsel filed an untimely Status

Report on September 27, 2022 at 5:46 p.m. stating Plaintiff has passed away and that Defendant United States of America Department of Homeland Security Federal Protective Service has still not yet been served.

Accordingly, the Court **ORDERS** counsel for Plaintiff Shahin Shawn Karimian to show cause why Defendant United States of America Department of Homeland Security Federal Protective Service should not be dismissed from this action.

Counsel is required to respond in writing on or before **December 27, 2022, by 12:00 noon**. In addition, the Court hereby **SETS** an Order to Show Cause hearing as to why Defendant United States of America Department of Homeland Security Federal Protective Service should not be dismissed from this action on **Friday, December 30, 2022, at 1:00 p.m., via video conference.** Counsel's failure to respond or file a satisfactory response may result in the imposition of sanctions in the amount of $500.00 and the Order to Show Cause hearing being vacated.

**IT IS SO ORDERED.**