cc: Fiscal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:21-cv-07232-SSS-AFMx | Date | September 27, 2022 |
|---|---|---|---|
| Title | Robert Rozier, et al. v. Department of Homeland Security Federal Protective Service | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER SANCTIONING COUNSEL SHAHIN SHAWN KARIMIAN IN THE AMOUNT OF $500.00 FOR FAILURE TO FILE A TIMELY RESPONSE & VACATING THE SEPTEMBER 30, 2022 ORDER TO SHOW CAUSE HEARING**

　　　　Plaintiff filed this case on September 9, 2021. [Dkt. 1]. On July 14, 2022, the Court ordered Plaintiff to file, no later than September 16, 2022, a Status Report, if a Proof of Service of Summons and Complaint had not yet been filed with respect to Defendant United States of America Department Homeland Security Federal Protective Service. [Dkt. 43]. Plaintiff did not file any such Status Report or Proof of Service of Summons and Complaint by September 16, 2022. On September 21, 2022, the Court ordered counsel Shahin Shawn Karimian ("Counsel") to show cause why sanctions should not be issued for counsel's failure to comply with the Court's Order [Dkt. 43] and/or serve Defendant United States of America Department of Homeland Security Federal Protective Service. [Dkt. 45].

　　　　Counsel was directed to respond in writing on or before Tuesday, September 27, 2022, by 12:00 noon. [*Id.*]. Counsel failed to do so. Instead, counsel filed an untimely declaration on September 27, 2022, at 5:46 p.m. [Dkt. 46]. The Court

therefore **SANCTIONS** counsel in the amount of $500.00.  Counsel is **ORDERED** to pay $500.00 to the Clerk of Court no later than 12:00 noon on October 27, 2022.

In view of counsel's failure to respond, the Court hereby **VACATES** the Order to Show Cause hearing set for Friday, September 30, 2022.

**IT IS SO ORDERED.**

**cc: Fiscal**